THE THIRD NATIONAL BANK OF BUFFALO, Respondent. v. ITTAI J. ELLIOTT, as Sheriff, etc., Appellant.

(Argued March 22, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 22, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

*William H. Henderson* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm ; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.